**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

KENNETH HUNT                                                                                  PLAINTIFF

v.                                                 No. 2:12CV00157 JLH

WILLIAM R. WILSON, JR., in his
individual and official capacity; and
ELTON A. RIEVES, III, in his
individual and official capacity                                                           DEFENDANTS

<u>**JUDGMENT**</u>

     Pursuant to the Order entered separately today, this action is dismissed with prejudice.

     IT IS SO ORDERED this 15th day of August, 2012.


_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE